## DAVIS v. WALLACE, Judge.

### No. 15,888; January 5, 1895.

38 Pac. 1107.

**Mandamus will not Lie to Compel a Judge to Hear** a matter notwithstanding an appeal, on the ground that the appeal is invalid, where the order appealed from is an appealable one.

Mandamus by Davis to compel William T. Wallace, judge of the superior court, to hear a matter notwithstanding an appeal. Petition denied.

PER CURIAM.—Petition for mandate to compel judge to hear a certain matter notwithstanding the pendency of an appeal, upon the ground that the appeal is invalid. The order appealed from is an appealable order: Livermore v. Campbell, 52 Cal. 75. Whether the appellant was really a "party aggrieved" is a question which we cannot determine on this proceeding. The petition is denied and the proceedings dismissed.